AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF   NEVADA

JOSE GUADALUPE TELLO,

      Petitioner,   JUDGMENT IN A CIVIL CASE

V.

      CASE NUMBER: **3:10-CV-00561-RCJ-RAM**

UNITED STATES IMMIGRATION AND
NATURALIZATION SERVICE,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.


  10/21/2010                            **LANCE S. WILSON**
                                                                  Clerk


                                                          /s/ P. McDonald
                                                          Deputy Clerk